165 F.3d 31
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Myra BRUBAKER, Plaintiff-Appellant,
v.
CUNA & AFFILIATES, Defendant-Appellee.
 No. 97-3030.
 United States Court of Appeals, Seventh Circuit.
 Argued April 24, 1998.
Decided Aug. 17, 1998.
 
 Appeal from the United States District Court for the Western District of Wisconsin. No. 96 C 941. Barbara B. Crabb, Judge.
 Before Honorable RICHARD A. POSNER, Chief Judge, Honorable ILANA DIAMOND ROVNER, Honorable DIANE P. WOOD, Circuit Judges.
 
 ORDER
 
 1
 We affirm the district court's decision for the reasons stated in the district court's July 25, 1997 Opinion and Order.